# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DUANE LEO EHMER<br><br>　　　　Defendant. | CR No. **3:16-cr-00051-BR-10**<br>　　　　**3:16-cr-00493 BR**<br><br>**AMENDED NOTICE OF APPEAL** |

Notice is hereby given that Duane Leo Ehmer, defendant in the above named cases, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on the 1st day of December, 2017.

DATED: __12/18__, 2017.

　　　　　　　　　　　　　　　s/ Robert M. Stone
　　　　　　　　　　　　　　　Robert M. Stone, OSB No. 945184
　　　　　　　　　　　　　　　Attorney for Defendant-Appellant
　　　　　　　　　　　　　　　Address: 4246 Payne Rd
　　　　　　　　　　　　　　　　　　　 Medford, OR  97504
　　　　　　　　　　　　　　　Telephone: 541-734-4093

**NOTICE OF APPEAL**